UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TRENICE WEBB | CIVIL ACTION |
| VERSUS | NO. 15-6949 |
| DOLGENCORP, LLC ET AL. | SECTION "F" (2) |

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's Motion to Allocate/Apportion Attorney's Fees and Expenses, Record Doc. No. 53, is GRANTED IN PART AND DENIED IN PART as follows:

That intervenor, the Estate of Kenny Charbonnet, recover $2,943.12 and that intervenor, Darleen M. Jacobs, APLC, recover $1,102.06 in reasonable expenses from the settlement amount.

That the amount of $1,700.00 in reasonable attorney's fees be allocated jointly to intervenors, Darleen M. Jacobs, APLC, and the Estate of Kenny Charbonnet, and that the amount of $15,300.00 in reasonable attorney's fees be allocated to plaintiff's counsel of record, Justin McCarthy Chopin, Richard A. Chopin and the Chopin Law Firm.

New Orleans, Louisiana, this  7th  day of  December , 2016.

_____
UNITED STATES DISTRICT JUDGE